GENERAL COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

FILED-CLERK
08 AUG 11 AM 10:10
TEXAS-EASTERN

Allen Bishop
3600 Kinkead Ave #15     Phone (479) 462-8490
Ft Smith, Arkansas 72903
(Enter above the full name of each
plaintiff in this action.)

vs.

Texarkana, Texas Police Dept          508CV   141
100 North Stateline Ave Box #16
Texarkana, Texas 75501
(Enter above the full name of each
defendant in this action. DO NOT USE "ET AL.")

I.   ATTEMPT TO SECURE COUNSEL:

   Please answer the following concerning your attempt to secure counsel:

   A.   In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (Circle One).

        1.   Employ Counsel

        2.   My Court-Appointed Counsel

        3.   Lawyer Referral Service of the State Bar of Texas,
             P. O. Box 12487, Austin, TX 78711.

   B.   The name(s) and address(es) of the attorney(s): N/A
        Filed suit pro se.

   C.   Result of the conference with counsel:

II.  PREVIOUS LAWSUITS:

   A.  Have you begun other lawsuits in state or federal court
       dealing with the same facts involved in this action or
       any other incidents.                              ___YES  _X_NO

   B.  If your answer to "A" is "yes," describe each lawsuit in the space
       below.  (If there is more than one lawsuit, describe the additional
       lawsuits on another piece of paper, giving the same information.)

       1.  Approximate date of filing lawsuit:_____

       2.  Parties to previous lawsuit:

              Plaintiff(s)_____

              Defendant(s)_____

       3.  Court:  (If federal, name the district; if state, name the
           county.)_____

       4.  Docket Number:_____

       5.  Name of judge to whom case was assigned:_____

       6.  Disposition:  (Was the case dismissed?  appealed?
           still pending?)

           _____

           _____

       7.  Approximate date of disposition:_____

III.  PARTIES TO THIS SUIT:

   A.  Name and address of each plaintiff:_____

       _____

   B.  Full name of each defendant, his official position, his place of
       employment, and his full mailing address:

       Defendant#1:_____

       _____

       Defendant #2:_____

       _____

Defendant #3: _____

_____

_____

Defendant #4: _____

_____

_____

STATEMENT OF CLAIM:

State here as briefly as possible the facts of your case. Describe how <u>each</u> defendant is involved. Include also the names of other persons involved, dates, and places. <u>Do not give any legal arguments or cite any cases or statutes</u>. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra pages if necessary.)

*See Attached Sheets marked "Complaint"*

V.   RELIEF: State briefly exactly what you want the court to for you.
     Make no legal arguments. Cite no cases or stat...

I WANT the court to Award me the SAlary I would have EArned, Had I Not been discriminated Against $32,898

Signed this 28TH day of July, 2008.
              (Date)              (month)        (year)

*Ella Bishop*

(Signature of each plaintiff)

I declare (or certify, verify... ...ate) under penalty of perjury that the foregoing is true and
executed on: 28, July 2008
              Date

*Ella Bishop*

(Signature of each plaintiff)