IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ALLEN BISHOP | § | |
| | § | |
| V. | § | No. 5:08CV141 |
| | § | |
| TEXARKANA, TEXAS POLICE | § | |
| DEPARTMENT | § | |

### FINAL JUDGMENT

This action came on before the Court, Honorable David Folsom, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered, it is hereby

**ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**.

All motions by either party not previously ruled on are hereby **DENIED.**

**SIGNED this 14th day of April, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE